IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT CALVIN ABNEY,          )<br>                              )<br>       Plaintiff,             )<br>                              )<br>  v.                          )<br>                              )<br> CLAY STEWART, et al.,        )<br>                              )<br>       Defendants.            ) | CIVIL ACTION NO. 3:12cv417-TMH |

**ORDER AND OPINION**

On September 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 21). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice.

Done this the 11th day of October, 2012.

  /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE